JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KANIKA BLEDSOE, | ) Case No. 5:13-cv-02270 AB (SPx) |
|---|---|
| Plaintiff, | ) |
| | ) [PROPOSED] JUDGMENT |
| vs. | ) |
| METROPOLITAN LIFE INSURANCE COMPANY; COLGATE-PALMOLIVE WELFARE BENEFIT PLAN, | ) |
| Defendants. | ) |

Pursuant to the Findings of Fact and Conclusions of Law entered by this Court on February 3, 2015, judgment is hereby entered against Defendants Metropolitan Life Insurance Company ("MetLife") and Colgate-Palmolive Welfare Benefit Plan ("the Plan") as follows:

1) Plaintiff is awarded back benefits in the amount of $90,075.24. This amount represents disability benefits for the period November 18, 2012, to February 18, 2015. The benefit calculation is predicated on the benefit amount which MetLife was paying Plaintiff at the time her benefits were terminated, which took into account an offset for Social Security Disability Benefits in the amount of $2,173.00 per month.

2) Plaintiff is reinstated to the Plan and his claim is remanded to the Plan for consideration of additional benefits under applicable Plan criteria.

3) Plaintiff is permitted to make a Motion for Attorneys' Fees and for interest on the unpaid benefits. In order to give the parties sufficient time to meet and confer with regard to the amount of interest on retroactive benefits, and attorneys' fees owed, if any are owed, the Plaintiff shall have 30 days from the date of entry of this Judgment.

MetLife is to make the above payments in accordance with Plaintiff's payment instructions within thirty (30) days after entry of this Judgment.

**IT IS SO ORDERED.**

DATED: February 27, 2015

_____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Approved as to Form:

DATED:                    By:    /s/ Glenn R. Kantor
                                 GLENN R. KANTOR
                                 ATTORNEYS FOR PLAINTIFF
                                 KANIKA BLEDSOE

DATED:                    By:    /s/ Gail Cohen
                                 GAIL COHEN
                                 ATTORNEYS FOR DEFENDANTS
                                 METROPOLITAN LIFE
                                 INSURANCE COMPANY;
                                 COLGATE-PALMOLIVE WELFARE
                                 BENEFIT PLAN

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Glenn R. Kantor hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*